FILED

2016 Jan-29 .PM 12:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED

2016 JAN 29  A 11: 07

U.S. DISTRICT COURT
N.D. OF ALABAMA

Eric Dozier

CV-16-HS-0165-M

(Enter above the full name(s) of the
Plaintiff(s) in this action)

V

Capt. Jeffrey Baldwin

Commissioner. Jeff Dunn

Health Care

(Enter above the full name(s) of the
Defendant(s) in this action)

I.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

    B.   If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit

            Plaintiff(s): _____

            Defendant(s): _____

        2.   Court (if Federal Court, name the district; if State Court, name the county) _____

        3.   Docket Number _____

        4.   Name of Judge to whom case was assigned _____

in Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant ___Jeffrey Baldwin___

is employed as ___Capt___

at ___Donaldson Prison___

C. Additional Defendants ___It was two more Officer with him___
___I could get their Name's. They was punching Me twin___

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary. My Contution Right was Voiltaw Becouse

On the morning of April 18, 2015. I was End my assigned cell sleep Me and My Cellmate. LT. Jeffrey Baldwin and two more Officer from the Ride team Come end my cell Jump on me. benting me. with Stick's end my Rib's and Back Then they start punching me. end the Face and head teeling me They would Kill me. Till this day my Rib's still hurt. They took me to Health Care. I told the Nurse that my Rib's Feel like they wear Brokening and had a Big Knot on my side. I told the nurse Could I get a X-Ray. The Nurse told me it's nothing she can do then she gave me Some pill's For Pain that Still did not stop the pain. I kept telling the Officer's that my Rib's are. hurting me. that I need to go to health care. They never took me to healthcare. Health care already have. law Suite again's them For Poor trement. I have witnesse that Seen these Officer Jump on me and beat me with Stick's my cellmate Moses Wheat #240026 and Andrevis Daivs # 261937

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

It is still Pending

6. Approximate date of filing lawsuit 1/13/2016

7. Approximate date of disposition 4/18/2015

II. Place of present confinement End my Cell

A. Is there a prisoner grievance procedure in this institution?

Yes (✓)   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? I told my family

2. What was the result? None

D. If your answer is NO, explain why not? Because it would not did ME Know good. They would just say I am lieing, like They always do.

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Eric Dozier

Address 1000 St. Clair Rd Springville, al. 35146

-3-

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Just wont the Court's two help me get this
incident takeing care of.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on **1/13/2016**
            (date)

*Eric Dozier*
Signature(s)